IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON F. MATHIAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOMESTREET BANK, INC., SEATTLE, WASHINGTON; HOMESTREET BANK, KAPOLEI BRANCH; FELICITY KUI MEYERS, LOAN OFFICER, HOMESTREET BANK, KAPOLEI BRANCH; AND PENNYMAC LOAN SERVICES, LLC,<br><br>　　　　Defendants. | CIV. NO. 21-00154 JMS-RT |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY MOTION FOR DEFAULT [JUDGMENT] AGAINST DEFENDANT FELICITY KUI MEYER

Findings and Recommendation having been filed and served on all parties on July 29, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Motion for Default [Judgment] Against Defendant Felicity Kui Meyer" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 18, 2021.



　　　/s/ J. Michael Seabright
　　　J. Michael Seabright
　　　Chief United States District Judge